of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *W. V. Geppert* and *George P. Blackburn,* Assistant Attorneys General, for respondents.

No. 238. KRASNOV ET AL. *v.* UNITED STATES, *ante,* p. 5;

No. 399. NEW ORLEANS INSURANCE EXCHANGE *v.* UNITED STATES, *ante,* p. 22; and

No. 66, Misc. MONTGOMERY *v.* CALIFORNIA, *ante,* p. 872. Petitions for rehearing denied.

No. 445. MCCORKLE, PRINCIPAL KEEPER, NEW JERSEY STATE PRISON, *v.* DEVITA, *ante,* p. 873. Rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 275, Misc. IN RE LAMKIN, *ante,* p. 59. Rehearing denied. The stay of execution heretofore entered is continued to and including January 20, 1958.

DECEMBER 27, 1957.

No. 613. MOON *v.* PENNSYLVANIA. On petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Louis C. Glasso* was on the stipulation for petitioner. With him on the petition was *Edward Dumbauld. Thomas D. McBride,* Attorney General of Pennsylvania, and *Harry J. Rubin,* Deputy Attorney General, were on the stipulation for respondent.